Certificate Number: 05781-TXS-DE-041594339

Bankruptcy Case Number: 23-33530

05781-TXS-DE-041594339

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2026, at 2:51 o'clock PM PDT, Christina Loftin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: October 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President